UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 15564
    LEONARD T GREEN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-7915

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/28/2006 and was confirmed 03/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.59%.

     The case was converted to chapter 7 after confirmation 06/15/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE MANHATTAN MTG CORP | CURRENT MORTG | .00 | .00 | .00 |
| CHASE MANHATTAN MTG CORP | MORTGAGE ARRE | 16410.66 | .00 | 2231.71 |
| CHASE MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| EMC MORTGAGE CORPORATION | CURRENT MORTG | .00 | .00 | 1273.15 |
| EMC MORTGAGE CORPORATION | MORTGAGE ARRE | 2583.90 | .00 | 351.39 |
| CITIFINANCIAL | SECURED NOT I | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| CITI BP OIL | UNSECURED | NOT FILED | .00 | .00 |
| CITI SHELL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| LTD FINANCIAL SERVICES L | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT-NEXTEL CORP | UNSECURED | 348.68 | .00 | .00 |
| NEXTEL | NOTICE ONLY | NOT FILED | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 742.20 | .00 | .00 |
| REAL TIME RESOLUTION | UNSECURED | 5564.47 | .00 | .00 |
| RMI/MCSI | UNSECURED | 3750.00 | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 5797.11 | .00 | .00 |
| UNITED AUTOMOBILE INSURA | UNSECURED | NOT FILED | .00 | .00 |
| TIMOTHY K LIOU | DEBTOR ATTY | 1,209.20 | | 1,209.20 |
| TOM VAUGHN | TRUSTEE | | | 334.81 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 5,400.26 | |
| PRIORITY | | .00 |

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 15564 LEONARD T GREEN

```
SECURED                                              3,856.25
UNSECURED                                                  .00
ADMINISTRATIVE                                       1,209.20
TRUSTEE COMPENSATION                                   334.81
DEBTOR REFUND                                             .00
                        ----------------    ----------------
TOTALS                         5,400.26            5,400.26
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 09/26/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE